

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-1708-13

**JULIO C. CANAS, Appellant**

**v.**

**THE STATE OF TEXAS**

## ON STATE'S PETITION FOR DISCRETIONARY REVIEW
## FROM THE FOURTEENTH COURT OF APPEALS
## HARRIS COUNTY

*Per curiam.*

### O P I N I O N

Appellant was convicted of aggravated robbery and sentenced to 5 years in prison.

On appeal, he argued, among other things, that the evidence was insufficient to support the

$309 in court costs assessed against him in the judgment.   The Court of Appeals agreed,

relying on its own opinion in *Johnson v. State*, 389 S.W.3d 513 (Tex. App. – Houston [14th

Dist.] 2012).  *Canas v. State*, No. 14-12-00959-CR, 2013 Tex. App. LEXIS 14758 (Tex. App. – Houston [14th Dist.] December 5, 2013) (not designated for publication).

The State has filed a petition for discretionary review of this decision.  We recently handed down our opinion in *Johnson v. State*, No. PD-0193-13, 2014 Tex. Crim. App. LEXIS 240 (Tex. Crim. App. February 26, 2014), in which we set forth a roadmap for resolving questions regarding court costs. *See also Cardenas v. State*, No. PD-0733-13, 2014 Tex. Crim. App. LEXIS 236 (Tex. Crim. App. February 26, 2014).

The Court of Appeals in the instant case did not have the benefit of our opinion in *Johnson*.  Accordingly, we grant the State's petition for discretionary review, vacate the judgment of the Court of Appeals, and remand this case to the Court of Appeals in light of our opinion in *Johnson*.   No motion for rehearing will be entertained.

DATE DELIVERED: April 16, 2014

DO NOT PUBLISH